UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| VIVIAN SIMON, et al., | ) | 3:04-CV-0472-ECR (VPC) |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 16, 2008 |
| | ) | |
| LEN MANN, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant's amended motion for Magistrate Judge to reconsider order #233 (#238) is **DENIED**. The court's order #233 filed July 25, 2008 shall stand. Plaintiffs shall not be required to pay sanctions pursuant to the court's order #175 until final judgment is entered in this case.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk