UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| VIVIAN ELSA SIMON, et al., | ) | 3:04-CV-0472-ECR (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 11, 2011 |
| | ) | |
| LEN MANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Jeffrey Dickerson's motion for order unsealing recording (#488) is **GRANTED**.  The hearing on March 2, 2010 (#476) may be unsealed to allow the parties to obtain a transcript of the proceeding held before the Honorable Valerie P. Cooke, United States Magistrate Judge.  The party requesting the transcript shall pay the cost of transcription and each party requesting a copy shall pay for their own copy.

    **IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                                            By:    /s/
                                                        Deputy Clerk